**SO ORDERED.**

**SIGNED April 14, 2016.**



_____
**ROBERT SUMMERHAYS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 15-51355 |
| KIDS ONLY III OF LAFAYETTE, LLC | Chapter 11 |
| DEBTOR. | |

**ORDER**

RREF II PEBP-LA, LLC ("**RREF**"), as a secured creditor of Kids Only III of Lafayette, ("**Kids Only III**" or the "**Debtor**") and as a party-in-interest, filed its *Motion to Dismiss Chapter 11 Case or, in the Alternative, to Convert Case to Chapter 7* (P-26) ("**Motion to Dismiss**") and its *Motion for Relief from the Automatic Stay* (P-33) ("**Motion for Stay Relief**") (collectively, the "**Motions**"). After consideration of the Motions, the evidence attached to each, and an agreement of the parties, the Court has determined:

1

{N3204357.1}

**IT IS ORDERED** that the automatic stay afforded by 11 U.S.C. § 362(a) shall remain in place until July 14, 2016, at which time it shall be terminated without further order of this Court and RREF, and its successors or assigns shall be permitted to pursue its state court remedies on its security interest in and over the building and land located at 224 Julian Circle, Lafayette, Louisiana (the "**Encumbered Property**").

**IT IS FURTHER ORDERED** that until July 14, 2016, the Debtor shall provide RREF with monthly payments of $2,000.00 as adequate protection for RREF's security interest in and over the Encumbered Property. The monthly adequate protection payments must be received by RREF by the 15th of each month.

**IT IS FURTHER ORDERED** that should the Debtor fail to make any of its monthly adequate protection payments before July 14, 2016, the automatic stay will be lifted without further hearing upon submission of an affidavit of default by RREF.

# # #

{N3204357.1}