UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:  
KIDS ONLY III, LLC  
Debtor

CASE NO. 15-51355

CHAPTER 11

## MOTION TO EXTEND TIME TO FILE DISCLOSURE STATEMENT AND PLAN

NOW INTO COURT, through undersigned counsel, comes **KIDS ONLY III, LLC.** ("Debtor"), who presents the following motion to extend the time in which the Debtor may file a disclosure statement and plan:

1.

The Debtor filed a petition for relief under Chapter 11 on October 20, 2015.

2.

The Order to Debtor-in-Possession entered by the Court on April 19, 2016, requires the Debtor to file a plan and disclosure statement within 180 days of the filing of the petition, which makes the deadline May 18, 2016. On April 19, 2016, the Court issued an order extending the deadline to file a plan and disclosure statement to May 18, 2016. On May 25, 2016, the Court issued an order extending the deadline to file a plan and disclosure statement to July 1, 2016. Pursuant to Bankruptcy Code 1121(e)(2), the debtor is a small business case must file a plan and disclosure statement within 300 days of filing the petition unless this deadline is extended by the court.

3.

The Debtor seeks an additional 31 days, or until August 1, 2016, in order to file a plan and disclosure statement because Michael Scelfo, owner of Kids Only III, LLC., is still attempting to

refinance his home in order to pay the payroll taxes which will enable him to then refinance the mortgage of Kids Only III, LLC.

WHEREFORE, Debtor KIDS ONLY III, LLC prays that the deadline to file a plan and disclosure statement be extended to August 1, 2016, and for other such relief as is just.

Date: July 1, 2016

Respectfully Submitted,

WEINSTEIN & ST. GERMAIN, LLC

By: /s/ Tom St. Germain
TOM ST. GERMAIN (#24887)
1414 NE Evangeline Thrwy.
Lafayette, LA 70501
(337) 235-4001
(337) 235-4020 fax
ATTORNEY FOR KIDS ONLY III, LLC.