UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>KIDS ONLY II OF LAFAYETTE, LLC,<br><br>Debtors . | Case No. 15-51354<br><br>Chapter 11 |
| In re:<br><br>KIDS ONLY III OF LAFAYETTE, LLC,<br><br>Debtors . | Case No. 15-51355<br><br>Chapter 11 |

**PLAN PROPONENT'S EX PARTE MOTION TO CONDITIONALLY
APPROVE DISCLOSURE STATEMENT, TO SET HEARING FOR CONFIRMATION
OF PLAN AND FINAL APPROVAL OF DISCLOSURE STATEMENT,
AND TO SET A PROOF OF CLAIM BAR DATE**

**INTRODUCTION**

Pursuant to Fed. R. Bankr. P. 3017.1, RREF II PEBP-LA, LLC ("**RREF**") respectfully requests that this Court conditionally approve the *Disclosure Statement for RREF II PEBP-LA, LLC's Combined Plan of Liquidation* ("**Statement**") [Record Doc 79]. Kids Only II of Lafayette, LLC and Kids Only III of Lafayette, LLC (collectively the "**Debtors s**") failed attempts to reorganize have virtually eliminated the equity in the Debtors s' assets. Thus, in order to preserve the assets to maximize distribution to unsecured creditors, RREF believes this Court's final approval for the Disclosure Statement and Plan Confirmation must consolidated. This Court's conditional approval will not only streamline the bankruptcy process, but should ensure 100% distribution to general unsecured creditors.

## JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C § 157(b)(2). Further, the Court may enter a final order consistent with Article III of the United States Constitution. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2. Debtors are a limited liability company providing child care services. On [date], Debtors filed for Chapter 11 relief in response to growing tax and secured liabilities. Subsequently, on July 14, 2016, Debtors failed to comply with an order requiring a payment in full to its secured creditor resulting in stay relief to the creditor. Thus, Debtors' reorganization is unlikely. For these reasons, RREF filed its Plan and Disclosure Statement on August 2, 2016, seeking to auction off substantially all the Debtors' assets pursuant to §363. The Plan purports to pay all claims in full, but such assertion relies on a rapidly decaying equity cushion.

## RELIEF REQUESTED

3. By this Motion, RREF requests this Court to enter an order granting conditional approval of the disclosure statement in order to consolidate the final approval for plan confirmation and the disclosure statement and set a bar date.

## BASIS FOR RELIEF

4. Bankruptcy Rule 3017.1 provides that:

> In a small business case, the court may, on application of the plan proponents or on its own initiative, conditionally approve a disclosure statement filed in accordance with Rule 3016.

Fed. R. Bankr. P. 3017.1

5. RREF further requests a combined disclosure statement approval and plan confirmation hearing. A combined Disclosure Statement Approval and Plan Confirmation hearing will streamline the confirmation process, which in turn, will directly benefit the Debtors s' creditors as this Court will confirm a plan as quickly as possible. The secured claims of RREF are earning default interest for each month Debtors operate in bankruptcy. Further, by allowing a consolidated hearing, the estate will be spared from administrative expenses associated with a two-stage process, and maximize distributions to general unsecured creditors.

WHEREFORE, RREF respectfully request the entry of an order (a) conditionally approving the disclosure statement; (b) consolidating a hearing regarding final approval for plan confirmation and the disclosure statement; (c) set a claims bar date; and (d) grant such other and further relief as is just and appropriate.

Respectfully submitted:

 /s/ Laura F. Ashley
LAURA F. ASHLEY
(LA Bar No. 32820)
Jones Walker LLP
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170-5100
Telephone (504) 582-8000
lashley@joneswalker.com
*Attorney for RREF II PEBP-LA, LLC*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the Plan Proponent's Ex Parte Motion to Conditionally Approve Disclosure Statement, to Set Hearing for Confirmation of Plan and Final Approval of Disclosure Statement, and to Set a Proof of Claim Bar Date has been served on Debtors' counsel, Tom St. Germain, and to the Office of the U.S. Trustee, 300 Fannin Street, Suite 3196, Shreveport, LA 71101 via first class U.S. mail, postage prepaid and/or the ECF electronic notification system on this 2nd day of August, 2016.

                                        */s/ Laura F. Ashley*
                                        LAURA F. ASHLEY